FILED

05/03/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 23-0233

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 23-0233

NICHOLAS LANE JONES,

Petitioner,

v.

STATE OF MONTANA, and
THIRTEENTH JUDICIAL DISTRICT
COURT, Yellowstone County,

Respondent.

FILED

MAY 0 2 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

Nicholas Lane Jones has filed a verified petition for a writ of certiorari. We amend the caption to include the Yellowstone County District Court. Sections 27-25-204 and 27-25-205, MCA.

Jones refers to a criminal case in his writ for extraordinary relief and states that he wants "to prove [his] innocence of assault with a weapon and 1 count of violation of a protective order." Jones points to various discrepancies and inconsistencies in his criminal proceeding as well as the civil case concerning the temporary order of protection. He states that he was not near his ex-wife's address at the time of the offense. Jones raises claims of ineffective assistance of counsel. Jones asks this Court to review the "evidence" and "right this wrong." Jones includes attachments.

On August 5, 2022, the District Court held a change of plea hearing for Jones who appeared with counsel. Jones entered no contest pleas to felony assault with a weapon and misdemeanor violation of an order of protection. Jones also pled guilty to a second misdemeanor violation of an order of protection. On September 7, 2022, the court held a sentencing hearing in which it dismissed the fourth misdemeanor offense of violating an order of protection. The court committed Jones to the Montana State Prison for the felony to a twenty-year term with ten years suspended. Jones also received two, consecutive

six-month terms with all but thirty days suspended for the remaining misdemeanors. This final judgment was filed on October 11, 2022.

This Court declines to exercise jurisdiction over this original proceeding. An original proceeding, such as a writ of certiorari or review, must "be commenced and conducted in the manner prescribed by the applicable sections of the Montana Code Annotated . . . ." M. R. App. P. 14(2). Even though he provides a notarized application, pursuant to 27-25-201, MCA, Jones's writ does not conform with Montana statutes. "A writ of review may be granted by [] the supreme court . . . when a lower tribunal . . . has exceeded the jurisdiction of the tribunal . . . and there is no appeal or . . . any plain, speedy, and adequate remedy." Section 27-25-102(2), MCA. Jones has not demonstrated that the District Court exceeded its jurisdiction. Moreover, Jones had a remedy of appeal for his issues which would have provided the Court with the entire record and briefing for review. Jones chose not to seek a timely appeal last year. Section 46-20-104(1), MCA.

Jones has another remedy. He may file a petition for postconviction relief in the sentencing court. *See* §§ 46-21-101, through 46-21-203, MCA. Jones may raise the ineffectiveness assistance of counsel claims there and later seek an appeal with this Court. Section 46-21-203, MCA. Accordingly,

IT IS ORDERED that Jones's Petition for Writ of Review is DENIED and DISMISSED.

The Clerk is directed to provide a copy of this Order to: the Honorable Michael Moses, District Court Judge, along with a copy of the Petition; Terry Halpin, Clerk of District Court, under Cause Nos. DC 21-1590 and DR 21-897; Scott Twito, Yellowstone County Attorney, along with a copy of the Petition; counsel of record, and Nicholas Lane Jones personally.

DATED this _2nd_ day of May, 2023.

_____
Chief Justice

2

_____

_____

_____

_____
Justices